**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC., | No. 4:24-CV-00950 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| STELLA MANAGEMENT SYSTEMS, INC. d/b/a STELLA MANAGEMENT SYSTEMS, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 26, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff American Builders & Contractors Supply Co., Inc.'s Motion for Summary Judgment (Doc. 47) is **GRANTED IN PART** and **DENIED IN PART**;

   a. The motion is granted as to liability on Counts I and IV;

   b. The motion is denied in all other respects, particularly as it relates to damages;

2.      Both parties shall file a brief solely discussing the issue of damages, the

five points raised in the accompanying memorandum opinion, and any

other points directly raised in that opinion by **April 6, 2026**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2